Case 3:11-cr-00241-DRD   Document 5356   Filed 12/29/15   Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 3:11-241-12 (DRD) |
| PETRA J. MARTINEZ-HERNANDEZ ) | |
| ) | USM No: 21244-069 |
| Date of Original Judgment: 03/28/2013 ) | |
| Date of Previous Amended Judgment: ) | Hector Ramos-Vega, AFPD |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   101   months **is reduced to**   87   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   03/28/2013   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   12/29/2015                               S/ Daniel R. Dominguez
                                                        *Judge's signature*

Effective Date:                                         Daniel R. Dominguez,  Senior U.S. District Judge
*(if different from order date)*                        *Printed name and title*